# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| IVAR J. MCDONALD, *et al.*, | |
| Plaintiffs, | 2:14-cv-00545-GMN-VCF |
| vs. | **MINUTE ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Before the court is the Motion for Leave to File Electronically (#12) filed by *pro se* Ivar J. McDonald and Dennis McDonald.

IT IS ORDERED that Plaintiffs' Motion for Leave to File Electronically (#12) is GRANTED with the following provisions:

1. On or before July 9, 2014, Plaintiffs Ivar J. McDonald and Dennis McDonald must provide separate certifications that they have completed the CM/ECF tutorial and are familiar with Special Order 109, Electronic Filing Procedures, Best Practices and the Civil & Criminal Events Menu that are accessible on this Court's website.

2. Plaintiffs are not authorized to file electronically until said certifications from each *pro se* plaintiff are filed with the Court within the time frame specified.

DATED this 24th day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE